UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAYVIEW LOAN SERVICING, LLC,

       Plaintiff,                                  Case No. 1:10-cv-580

v.                                                     HON. JANET T. NEFF

ANDREW M. ALSPACH et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt 29) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 29, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Summary Judgment (Dkt 24) is **GRANTED** and judgment be entered for the reasons stated in the Report and Recommendation.


Dated: May 23, 2011                                               /s/Janet T. Neff
                                                                    JANET T. NEFF
                                                                    UNITED STATES DISTRICT JUDGE